IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Karen Donges, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv314 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 30, 2012 (Doc. 2), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 17, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED.** Plaintiff is **GRANTED** an extension of time of thirty (30) days from the date of this Order adopting the Report and Recommendation to pay the required fee of $350.00 or to submit an affidavit showing her income, assets, and debts are such that she is unable to provide herself and her family with the necessities of life and still have the sufficient funds to pay the full filing fee of $350.00 on order to institute this action.  *See Adkins v. E. I. DuPont De Nemours & Co., Inc.,* 335 U.S. 331, 339 (1948).  Plaintiff filed the full amount of filing fee on May 4, 2012.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court