IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Karen Donges, | : |
|     Plaintiff(s), | : |
| | :   Case Number: 1:12cv314 |
| vs. | : |
| | :   Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
|     Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 19, 2013 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 8, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED and REMANDED** for an award of benefits pursuant to Sentence Four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court